IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

      Plaintiff,                    No. CIV S-02-2417 LKK KJM P

      vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.               ORDER

_____/

          In light of the fact that defendants' January 1, 2005 motion to dismiss / motion for summary judgment is pending, the parties will be relieved of their obligations to file pretrial statements and the dates for pretrial conference and trial established in the court's August 6, 2004 scheduling order will be vacated. The court will establish new dates for the filing of pretrial statements, pretrial conference and trial after resolution of defendants' motion to dismiss or for summary judgment.

/////
/////
/////
/////
/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that the dates
2  established in the court's August 6, 2004 scheduling order for the filing of pretrial statements,
3  pretrial conference and trial are vacated.
4  DATED: July 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/holc2417.sch