IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

    Plaintiff,                   No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.           ORDER

                                    /

On September 30, 2005, the district court judge assigned to this case adopted the court's August 30, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff shall file his pretrial statement within thirty days of this order; and

    2. Defendants shall file their pretrial statement within fourteen days after being served with plaintiff's statement.

    3. Following receipt of the pretrial statements, a new trial date shall be scheduled.

DATED: October 3, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

holc2417.pts