```
 1  BILL LOCKYER, Attorney General
    of the State of California
 2  JAMES M. HUMES
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  JAMES E. FLYNN
    Supervising Deputy Attorney General
 5  JOHN W. RICHES II, State Bar No. 206223
    Deputy Attorney General
 6     1300 I Street, Suite 125
       P.O. Box 944255
 7     Sacramento, CA 94244-2550
       Telephone: (916) 323-5915
 8     Fax: (916) 324-5205
    Attorneys for Defendants Cloud, Barton, Wilson,
 9  Crofoot, Sanders and Hibbits
    SA2004102390
10
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURRELL HOLCOMB,<br><br>                              Plaintiff,<br><br>           v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>                              Defendants. | No. CIV S-02-2417 LKK KJM P<br><br>**ORDER RE: DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE PRETRIAL STATEMENT** |

**ORDER**

Good cause having been shown, defendants' request for an extension of time to and including December 23, 2005 to file defendants' pretrial statement with this court, is granted.

DATED: November 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

holc2417.36.wpd

1

Order Re: Defendants' Request for an Extension of Time