IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

    Plaintiff,                    No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON,

    Defendant.                  <u>ORDER</u>

                             /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On November 9, 2005 plaintiff filed seven separate requests for discovery. It is generally not proper to file discovery requests with the court. In any case, discovery closed in this case in December 2004 and plaintiff has not provided any reason why discovery should be re-opened. Therefore, IT IS HEREBY ORDERED that all of the discovery requests filed by plaintiff on November 9, 2005 shall be placed in the court's file and disregarded.

DATED: November 16, 2005.

                                                           UNITED STATES MAGISTRATE JUDGE

holc2417.dis

1