IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

    Plaintiff,                      No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON,

    Defendant.                  ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 26, 2006, plaintiff filed his third request for the appointment of counsel.[1] Plaintiff's previous requests were filed on February 21, 2003 and December 27, 2005. All requests were denied. For the same reasons set forth in the prior orders, IT IS HEREBY ORDERED that plaintiff's June 26, 2006 request for appointment of counsel is denied.

DATED: July 18, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

/mp holc2417.31thr

---

[1] Plaintiff's request references the court's "pro bono department." The court does not have such a department, office or division.