UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

        Plaintiff,                No. CIV S-02-2417 LKK KJM P

vs.

HIGH DESERT STATE PRISON,
et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

       John Durrell Holcomb, inmate # D-62194, a necessary and material witness in proceedings in this case on April 9, 2007, is confined in High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750, in the custody of the Acting Warden, Tom Felker; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at High Desert State Prison, April 9, 2007, at 11:15 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Acting Warden, Tom Felker, High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 26, 2007.

                                                                U.S. MAGISTRATE JUDGE

/mp
holc2417.841lkktch