UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURRELL HOLCOMB,<br><br>    Plaintiff,<br><br>v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>    Defendants. | No. 2:02-CV-2417 LKK KJM P<br><br>**ORDER RE DEFENDANTS' REQUEST FOR A CONTINUANCE OF TRIAL CONFIRMATION HEARING** |

**ORDER**

Good cause appearing, Defendants' request for a continued trial confirmation hearing due to the unavailability of video-conferencing equipment is granted. The continued trial confirmation hearing is re-set for April 23, 2007 at 11:15 a.m. also before the Honorable Lawrence K. Karlton in Courtroom #4.

The court shall issue a supplemental Writ of Habeas Corpus ad Testificandum commanding the custodian to produce inmate John Durrell Holcomb, inmate # D-62194, on April 23, 2007 , at 11:15 a.m, in order to secure this inmate's attendance before the Honorable Lawrence K. Karlton by video-conferencing at High Desert State Prison (HDSP).

IT IS SO ORDERED.

DATED: March 15, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

Proposed Order RE Defendants' Request for a Continuance of Trial Confirmation Hearing