IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

    Plaintiff,                    No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.           <u>ORDER</u>

                                  /

        A trial confirmation hearing was held in this matter on April 23, 2007. John Riches, Assistant Attorney General, appeared for defendants. Plaintiff appeared via video conference. Based on the court's file, the discussion occurring at the hearing, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Trial is continued to September 5, 2007 at 10:30 a.m.

        2. Plaintiff's March 15, 2007 motion for an order compelling discovery is denied.

        3. Plaintiff's March 15, 2007 motion for an extension of time to file objections to the magistrate judge's February 16, 2007 amended pretrial order is denied.

        4. Plaintiff's March 15, 2007 "motion for nunc pro tunc hearing" is denied.

        5. This matter is referred to the Civil Rights Clinic at the University of California, Davis so that the Civil Rights Clinic can determine whether it will act as counsel for plaintiff.

1      6.  The Clerk of the Court is directed to serve a copy of this order upon Carter
2  White at the Civil Rights Clinic.
3      7.  Mr. White shall make arrangements with the Clerk of the Court to obtain
4  copies of the file.
5      8.  Mr. White shall inform the court within forty-five days whether the Civil
6  Rights Clinic will act as counsel for plaintiff.
7  DATED: May 2, 2007.

```
                    /s/ Lawrence K. Karlton
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```