IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

      Plaintiff,                    No. CIV S-02-2417 LKK KJM P

   vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.           ORDER

/

        Defendants have requested a continuance of trial. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' July 2, 2007 request for a continuance of trial is granted; and

        2. Trial is continued to September 25, 2007 at 10:30 a.m. before the Honorable Lawrence K. Karlton.

DATED: July 12, 2007.

                                              U.S. MAGISTRATE JUDGE

---

1
holc2417.36