IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

        Plaintiff,                    No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.              ORDER

_____/

        Plaintiff has requested the appointment of counsel. As reflected in the court's docket for the case, the court has attempted to find counsel for plaintiff without success. Therefore, plaintiff's recent request for the appointment of counsel will be denied.

        In his request for the appointment of counsel plaintiff also asks that the court pay for an expert witness for plaintiff for trial. Plaintiff has not shown any need for appointment of an expert witness; he asserts he needs one because defendants have one. His request will be denied.

        Finally, in his motion, plaintiff asks that the court order defendants to accept his settlement offer. The court has no authority to do this. If the parties would like to have a settlement conference before trial, they should inform the court as soon as possible.

/////

1

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2   September 6, 2007 "Request For Another Counsel . . ." is denied in its entirety.
3   DATED: November 6, 2007.

_____
U.S. MAGISTRATE JUDGE

1
holc2417.31

2