IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

      Plaintiff,                No. CIV S-02-2417 LKK KJM P

      vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.           <u>ORDER</u>

/

      Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that plaintiff's claims have sufficient merit and this action is complex enough to warrant the appointment of counsel. Therefore, the court will appoint counsel, vacate the upcoming trial date and set this matter for status on February 20 2008 before the magistrate judge. Both parties shall appear by counsel at the status conference and be prepared to discuss how this matter should proceed.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Andrea Tytell is hereby appointed to represent plaintiff..

      2. The January 23, 2008 trial date is vacated.

      3. The court's December 21, 2007 order for writ of habeas corpus ad testificandum for plaintiff's appearance at trial is vacated.

1    4. This matter is scheduled for status on February 20, 2008 at 10:00 a.m. before
2 the Magistrate Judge assigned to this case.  Both parties shall appear by counsel at the status
3 conference and shall be prepared to discuss how this matter should proceed.
4    5. The Clerk of the Court is directed to serve a copy of this order upon Andrea
5 Tytell, Law Offices of Andrea M. Tytell, 212 Rosecrans Ave., Suite 1350, El Segundo, CA,
6 90245.
7 DATED: January 16, 2008.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```