IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

      Plaintiff,                     No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On February 7, 2008, the court appointed counsel for plaintiff. Appointed counsel has indicated that he cannot represent plaintiff. Therefore, appointed counsel will be relieved from representing plaintiff and substitute counsel will be appointed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Michael A. Naranjo is hereby relieved from representing plaintiff.

        2. Noreen McDermott is appointed to represent plaintiff.

        3. This matter is scheduled for status on April 9, 2008 at 10:00 a.m. before the Magistrate Judge assigned to this case. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

5. The Clerk of the Court is directed to serve a copy of this order upon Noreen McDermott, McDermott Law Offices, 1520 Great Highway, San Francisco, CA, 94122.

DATED:   March 5, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2