IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

     Plaintiff,                   No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

     Defendants.         ORDER

_____/

     Plaintiff, a California prisoner proceeding with counsel, has filed a document pro se in which he makes a number of requests. Because he is represented, plaintiff is informed that the document will be placed in the court's file and disregarded. Any further communication by plaintiff to the court should be submitted through counsel. The Clerk of Court is directed to serve a copy of this order on plaintiff and his counsel.

DATED: November 14, 2008.

U.S. MAGISTRATE JUDGE

1
holc2417.ps