IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

    Plaintiff,                      No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendant.                  ORDER

_____/

        The parties have informed the court that this matter has settled.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. The status hearing set for December 4, 2008 is vacated.

        2. Within twenty days, the parties shall file a stipulation requesting that this matter be dismissed with prejudice.  Failure to comply with this order could result in sanctions as provided by Local Rule 16-160, as well as this matter being set for trial.

DATED: December 1, 2008.

_____
U.S. MAGISTRATE JUDGE

1
holc2417.set