1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOHN DURRELL HOLCOMB,

11              Plaintiff,              No. CIV S-02-2417 LKK KJM P

12         vs.

13    HIGH DESERT STATE PRISON, et al.,

14              Defendants.            <u>ORDER</u>

15    _____/

16              On January 14, 2009, a hearing was held with respect to counsel for plaintiff's

17    motion to withdraw.  Counsel for plaintiff, Brian Chavez-Ochoa, appeared as did plaintiff.

18    Deputy Attorney General John Riches appeared for defendants.  After consideration of the

19    motion, hearing from counsel and plaintiff at the hearing and review of the court's file, IT IS

20    HEREBY ORDERED that:

21              1.  Plaintiff's counsel's motion to withdraw (#139) is granted.

22              2.  Brian Chavez-Ochoa is hereby relieved as counsel for plaintiff.[1]

23    /////

24    /////

25    _____

26         [1]  At the hearing on the motion, Mr. Chavez-Ochoa indicated that he would return any documents provided to him by plaintiff within one week.

1

1        3.  This matter is set for further settlement conference on March 18, 2009 at 1:30

2  p.m. before the undersigned.  Counsel for defendants shall make arrangements for plaintiff to

3  appear via video conference at the settlement conference.

4  DATED:  January 21, 2009.

5

6                           U.S. MAGISTRATE JUDGE

7  1

8  holc2417.wit