IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB

    Plaintiff,                           No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendant.                      ORDER

_____/

        On April 29, 2009, this matter came on for a continued settlement conference. Plaintiff appeared pro se via video conference. Defendants were represented by Deputy Attorney General John Riches; Melissa Hamill, Staff Counsel for CDCR, also appeared. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants Crofoot, Sanders and Hibbits shall file their motion to enforce the settlement agreement submitted on December 18, 2008 (docket #145) within thirty days. Any opposition to the motion shall be filed within thirty days of service of the motion and any reply shall be filed within fifteen days of service of the opposition.

        2. Any other appropriate motions concerning whether or not this matter has been settled may be filed and briefed in accordance with the schedule identified above. Plaintiff
/////

1

is reminded that the court's February 24, 2009 cautionary order regarding plaintiff's filing motions that do not concern whether this matter has settled remains in effect.

DATED: April 29, 2009.

_____
U.S. MAGISTRATE JUDGE

---

1
holc2417.oah