IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

      Plaintiff,                   No. CIV S-02-2417 LKK KJM P

   vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.         <u>ORDER</u>

                            /

      Defendants' motion for enforcement of the parties' settlement agreement is before the court. More briefing is required before the court can resolve the motion. Therefore, IT IS HEREBY ORDERED that:

      1. Within fifteen days, defendants shall file a brief addressing whether the settlement agreement referenced in their May 26, 2009 motion for enforcement is void because paragraph 8 of the agreement was crossed out by agreement of plaintiff's counsel and defendants' counsel after plaintiff signed the agreement and without plaintiff's consent; and

/////

/////

/////

/////

1

2. Plaintiff may file a reply brief within twenty days of service of defendants' brief.

DATED: September 24, 2009.

_____
U.S. MAGISTRATE JUDGE

1
holc2417.mes

2