IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DURRELL HOLCOMB,** | 2:02-cv-2417 LKK KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR CONTINUANCE OF EVIDENTIARY HEARING** |
| v. | |
| **HIGH DESERT STATE PRISON, et al.,** | |
| Defendants. | |

Good cause having been shown, defendants' request for a sixty-day continuance of the evidentiary hearing (docket no. 169), currently set for February 4, 2010, at 2:00 p.m., is granted. The evidentiary hearing is now scheduled for Wednesday, March 24, 2010 at 2:00 p.m. Also, the affidavit of Brian Chavez-Ochoa described in paragraph 7 of the court's January 7, 2010 order shall be filed and served no later than March 15, 2010.

Dated: January 22, 2010.

_____
U.S. MAGISTRATE JUDGE