IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

    Plaintiff,                        No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff requests that the court provide him with a free transcript of the hearing held April 14, 2010. The court is not in a position to provide free transcripts to civil litigants. His request (#186) is denied.

DATED: July 2, 2010.

_____
U.S. MAGISTRATE JUDGE

1
holc2417.trn