UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

        Plaintiff,               No. CIV S-02–2417 LKK KJM P

vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                            /         **AD TESTIFICANDUM**

        John Durrell Holcomb, inmate #D-62194, a necessary and material witness in proceedings in this case on September 13, 2010, is confined in Calipatria State Prison, Calipatria, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Calipatria State Prison, September 13, 2010, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, Leland McEwen, Calipatria State Prison, 7018 Blair Road, P.O. Box 5001, Calipatria, California, 92233-5001:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 27, 2010.

                                                    U.S. MAGISTRATE JUDGE

/md
holc2417.841.lkktch