IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB,

      Plaintiff,                    No. CIV S-02-2417 LKK KJM P

      vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.            <u>ORDER</u>

                                      /

         On September 10, 2010, the court issued a writ of habeas corpus ad testificandum for the attendance of plaintiff John Durrell Holcomb at the September 27, 2010 trial confirmation hearing via video conference. The court requires the personal attendance of the plaintiff at the September 27, 2010 trial confirmation hearing. Good cause appearing, IT IS HEREBY ORDERED that:

         1. The September 10, 2010 writ of habeas corpus ad testificandum (Docket No. 203) is hereby vacated;

         2. The court will issue a new writ of habeas corpus ad testificandum requiring the personal attendance of the plaintiff at the September 27, 2010 trial confirmation hearing; and

/////

/////

1   3. The clerk of the court is directed to serve a copy of this order on the I.T.
2  Department.
3  DATED: September 13, 2010.

_____
U.S. MAGISTRATE JUDGE

6  1/mp
   holc2417.vac writ