IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DURRELL HOLCOMB,** | Case No. 2:02-cv-2417 LKK KJM P |
| Plaintiff, | **ORDER REGARDING DEFENDANTS' REQUEST FOR CONTINUANCE OF TRIAL CONFIRMATION HEARING** |
| v. | |
| **HIGH DESERT STATE PRISON, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants' request that the court continue the trial confirmation hearing previously scheduled for September 13, 2010, and now re-scheduled to September 27, 2010, is granted.

1. The continued trial confirmation hearing shall be re-scheduled for October 12, 2010, at 11:15 a.m. in Courtroom 4 before Senior Judge Lawrence K. Karlton.
2. The September 13, 2010 writ of habeas corpus ad testificandum (Docket No. 205) is hereby VACATED.
3. The court will issue a new writ of habeas corpus ad testificandum requiring the personal attendance of the plaintiff at the October 12, 2010 trial confirmation hearing.

Dated:  September 15, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order (2:02-cv-2417 LKK KJM P)