IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DURRELL HOLCOMB

    Plaintiff,                     No. CIV S-02-2417 LKK KJM P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On October 12, 2010, this matter came on for trial confirmation hearing. Plaintiff appeared pro se. Deputy District Attorney John Riches appeared for plaintiff. At the hearing, the parties indicated that they are close to reaching a settlement agreement. Good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

/////

/////

/////

/////

/////

1

1. All outstanding motions are denied without prejudice;

2. The December 7, 2010 trial date is vacated; and

3. The parties shall continue settlement discussions. If a stipulation of dismissal is not filed within 60 days, the parties shall file a status report.

DATED: October 21, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT