IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DURRELL HOLCOMB,** | Case No. 2:02-cv-2417 LKK KJM P |
| Plaintiff, | **ORDER RE: DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE STATUS REPORT** |
| v. | |
| **HIGH DESERT STATE PRISON, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants' request that the court extend the time to file a stipulation of dismissal, entry of judgment, or a status report from December 21, 2010, to and including February 22, 2011, is granted.

IT IS SO ORDERED.

Dated: December 20, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT