IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN DURRELL HOLCOMB,** | Case No. 2:02-cv-2417 LKK KJM P |
| Plaintiff, | **STIPULATION AND ORDER FOR JUDGMENT** |
| v. | |
| **HIGH DESERT STATE PRISON, et al.,** | |
| Defendants. | |

It is stipulated and agreed that judgment be entered in accordance with the Amended, Reinstated, and Reaffirmed Settlement Agreement and Mutual Release (Amended Agreement) is

///

///

///

entered into November 17, 2010, by, between and among Plaintiff JOHN DURRELL HOLCOMB and Defendants CROFOOT, SANDERS AND HIBBITS, in the United States District Court For the Eastern District of California, Case Number 2:02-CV-2417 LKK KJM-P.

Dated: 2/13/11    /s/ John Durrell Holcomb
JOHN DURRELL HOLCOMB

EDMUND G. BROWN JR., State Bar #. 37100
Attorney General of California
KENNETH R. WILLIAMS, State Bar #. 73170
Supervising Deputy Attorney General

Dated:  11/17/10    /s/ John W. Riches, II
JOHN W. RICHES II, State Bar #206223
Deputy Attorney General

Attorneys for Defendants
Crofoot, Sanders and Hibbits

IT IS SO ORDERED.

Dated:  February 28, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT