IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN DURRELL HOLCOMB,** <br><br> Plaintiff, <br><br> v. <br><br> **HIGH DESERT STATE PRISON, et al.,** <br><br> Defendants. | Case No. 2:02-cv-2417 LKK KJM P <br><br> **JUDGMENT IN A CIVIL CASE** |

This action came before the Court upon the stipulation and agreement between the parties for entry of judgment.

**IT IS ORDERED AND ADJUDGED**

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE AMENDED, REINSTATED, AND REAFFIRMED SETTLEMENT AGREEMENT AND MUTUAL RELEASE (AMENDED AGREEMENT) IS ENTERED INTO NOVEMBER 17, 2010, BY, BETWEEN AND AMONG PLAINTIFF JOHN DURRELL HOLCOMB AND DEFENDANTS CROFOOT, SANDERS AND HIBBITS.

Victoria C. Minor
Clerk of Court

Executed: 2/28/2011                                                 by _____
                                                                    Deputy Clerk

1